AO 10*
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Latham, Christopher B. | Bankruptcy Court-Calif. Southern | 04/15/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

Jacob Weinberger United States Courthouse
325 West F Street
San Diego, CA 92101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Pillsbury Winthrop Shaw Pittman LLP -- partner draws |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Latham, Christopher B.** | 04/15/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Pillsbury Winthrop Shaw Pittman LLP (former firm) | Judicial Investiture Reception 3/19/13 | $15,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Kenneth J. Licht | Mortgage on Rental Prop., San Diego, CA (Pt VII, line 1) | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Latham, Christopher B. | 04/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property, San Diego, CA (1994 $214,000) | E | Rent | M | R | | | | | |
| 2. Evergreen Ventures LLC | B | Distribution | J | U | | | | | |
| 3. Wells Fargo Bank (deposit accounts) | A | Interest | L | T | | | | | |
| 4. ScholarShare 529 account (age-based portfolio    #1 | C | Int./Div. | L | T | | | | | |
| 5. ScholarShare 529 account (age-based portfolio    #2 | C | Int./Div. | L | T | | | | | |
| 6. Schwab Money Market | A | Interest | K | T | | | | | |
| 7. Schwab American Century Inflation Adj. Bond Fund (ACITX) | A | Interest | | | Sold | 06/25/13 | J | | |
| 8. Pillsbury Winthrop Shaw Pittman Cash Balance Plan | A | Interest | L | U | Buy | 12/31/13 | J | | PWSP Cash Balance Plan |
| 9. Vanguard Specialized Healthcare Inv (VGHCX) | A | Int./Div. | J | T | Sold (part) | 03/13/13 | K | C | |
| 10. Schwab IRA #1-Money Market | A | Interest | M | T | | | | | |
| 11. Schwab IRA #1-American Century Inflation Adj. Treas. (ACITX) | B | Interest | | | Sold | 07/26/13 | K | | |
| 12. Fidelity 401K-Dodge & Cox Stock Fund (DODGX) | A | Dividend | | | Sold | 07/18/13 | M | E | |
| 13. Fidelity 401 K-Contrafund K (FCNKX) | A | Int./Div. | | | Buy | 01/04/13 | J | | |
| 14. | | | | | Sold | 07/18/13 | K | D | |
| 15. Fidelity 401K-Low Priced Stock Fund (FLPKX) | | None | | | Sold | 07/18/13 | L | D | |
| 16. Fidelity 401K-Pimco Total Return Fund (PTTRX) | C | Int./Div. | | | Sold | 07/18/13 | M | | |
| 17. Fidelity 401K-Templeton Developing Markets Fund (TDADX) | | None | | | Sold | 07/18/13 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Latham, Christopher B. | 04/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fidelity 401K-Templeton Global Bond Fund (TGBAX) | A | Interest | | | Sold | 07/18/13 | K | A | |
| 19. Fidelity 401K-Vanguard Inflation Protected Fund (VAIPX) | A | Int./Div. | | | Buy (add'l) | 01/04/13 | J | | |
| 20. | | | | | Sold | 07/18/13 | K | | |
| 21. Fidelity 401K-Vanguard Healthcare Fund (VGHAX) | A | Int./Div. | | | Buy | 01/04/13 | J | | |
| 22. | | | | | Sold | 07/18/13 | K | D | |
| 23. Schwab IRA #2-Money Market | A | Interest | J | T | | | | | |
| 24. Fidelity-Chevron Corp. New (common stock) (CVX) | A | Dividend | K | T | | | | | |
| 25. Schwab IRA #2-Am. Cent. Inflation Adj. Treasuries (ACITX) | B | Interest | | | Sold | 07/29/13 | K | D | |
| 26. Schwab IRA #2-Pimco Real Return Class D Fund (PRRDX) | A | Int./Div. | | | Sold | 07/29/13 | K | D | |
| 27. Schwab IRA #1-American Century Inflation Adj. Treasuries (ACITX) (X) | A | Interest | | | Sold | 06/25/13 | M | E | |
| 28. Schwab IRA #2-Pimco Global Multi Asset Fund (PGMDX) | A | Int./Div. | | | Sold | 06/25/13 | K | | |
| 29. Schwab IRA #2-S&P 500 Index Fund (SWPPX) | A | Int./Div. | | | Buy (add'l) | 06/26/13 | K | | |
| 30. | | | | | Sold | 07/29/13 | K | B | |
| 31. Schwab IRA #1-Fidelity Spartan 500 Index Fund (FUSVX) | A | Int./Div. | | | Buy | 06/26/13 | M | | |
| 32. | | | | | Sold | 07/26/13 | M | D | |
| 33. Schwab IRA #1-Pimco Real Return Class D Fund (PRRDX) (X) | A | Int./Div. | | | Sold | 06/25/13 | M | D | |
| 34. Schwab IRA #1-Guggenheim S&P 500 Equal Weight ETF (RSP) | A | Int./Div. | L | T | Buy | 08/20/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Latham, Christopher B. | 04/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 08/28/13 | J | | |
| 36. | | | | | Buy (add'l) | 10/11/13 | J | | |
| 37. | | | | | Buy (add'l) | 10/23/13 | J | | |
| 38. | | | | | Buy (add'l) | 11/13/13 | J | | |
| 39. | | | | | Buy (add'l) | 11/27/13 | K | | |
| 40. Schwab IRA #1-Guggenheim S&P 500 Equal Weight ETF (RSP) | A | Int./Div. | L | T | Buy | 08/20/13 | J | | |
| 41. | | | | | Buy (add'l) | 10/11/13 | J | | |
| 42. | | | | | Buy (add'l) | 10/23/13 | J | | |
| 43. | | | | | Buy (add'l) | 11/13/13 | J | | |
| 44. | | | | | Buy (add'l) | 11/27/13 | K | | |
| 45. Schwab IRA #1-Vanguard FTSE Dev'd Markets ETF (VEA) | A | Int./Div. | K | T | Buy | 10/23/13 | J | | |
| 46. | | | | | Buy (add'l) | 11/13/13 | J | | |
| 47. | | | | | Buy (add'l) | 11/27/13 | J | | |
| 48. Schwab IRA #1-Vanguard Growth Fund (VUG) | A | Int./Div. | J | T | Buy | 11/27/13 | J | | |
| 49. Schwab IRA #1-Vanguard Mid Cap Growth Fund (VOT) | A | Int./Div. | K | T | Buy | 10/23/13 | J | | |
| 50. | | | | | Buy (add'l) | 11/13/13 | J | | |
| 51. | | | | | Buy (add'l) | 11/27/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Latham, Christopher B. | 04/15/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Schwab IRA #1-Vanguard Small Cap Growth Fund (VBK) | A | Int./Div. | J | T | Buy | 11/27/13 | J | | |
| 53. Schwab IRA #1-Vanguard Whitehall High Div. Yield ETF (VYM) | A | Int./Div. | J | T | Buy | 11/27/13 | J | | |
| 54. Schwab IRA #2-Vanguard Mid Cap Value Fund (VOE) | A | Int./Div. | K | T | Buy | 08/20/13 | J | | |
| 55. | | | | | Buy (add'l) | 10/11/13 | J | | |
| 56. | | | | | Buy (add'l) | 11/13/13 | J | | |
| 57. Schwab IRA #2-Vanguard Small Cap Fund (VB) | A | Int./Div. | J | T | Buy | 10/23/13 | J | | |
| 58. | | | | | Buy (add'l) | 11/13/13 | J | | |
| 59. Schwab IRA #2-ProShares Short 20+ Year Treas. ETF (TBF) | A | Int./Div. | K | T | Buy | 10/23/13 | J | | |
| 60. | | | | | Buy (add'l) | 11/13/13 | J | | |
| 61. | | | | | Buy (add'l) | 11/27/13 | J | | |
| 62. | | | | | Buy (add'l) | 12/06/13 | J | | |
| 63. Schwab IRA #2-Financial Select Sector SPDR Fund (XLF) | A | Int./Div. | K | T | Buy | 08/20/13 | J | | |
| 64. | | | | | Buy (add'l) | 10/11/13 | J | | |
| 65. | | | | | Buy (add'l) | 10/23/13 | J | | |
| 66. | | | | | Buy (add'l) | 11/13/13 | J | | |
| 67. | | | | | Buy (add'l) | 11/27/13 | J | | |
| 68. Fidelity 401K-Cash BrokerageLink (FDRXX) | A | Interest | M | T | Buy | 07/18/13 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Latham, Christopher B. | 04/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Fidelity 401K-Vanguard Index Extended Market (VXF) | B | Int./Div. | M | T | Buy | 07/19/13 | K | | |
| 70. | | | | | Buy (add'l) | 07/29/13 | K | | |
| 71. | | | | | Buy (add'l) | 08/20/13 | K | | |
| 72. | | | | | Buy (add'l) | 10/23/13 | J | | |
| 73. | | | | | Buy (add'l) | 11/27/13 | K | | |
| 74. | | | | | Buy (add'l) | 12/11/13 | J | | |
| 75. | | | | | Buy (add'l) | 12/18/13 | K | | |
| 76. Fidelity 401K-Vanguard Index Total Stock Market (VTI) | B | Int./Div. | M | T | Buy | 07/19/13 | K | | |
| 77. | | | | | Buy (add'l) | 07/29/13 | K | | |
| 78. | | | | | Buy (add'l) | 08/20/13 | K | | |
| 79. | | | | | Buy (add'l) | 10/23/13 | K | | |
| 80. | | | | | Buy (add'l) | 11/27/13 | K | | |
| 81. | | | | | Buy (add'l) | 12/11/13 | J | | |
| 82. | | | | | Buy (add'l) | 12/18/13 | K | | |
| 83. Fidelity 401K-Vanguard Star Fund (VXUS) | A | Int./Div. | K | T | Buy | 10/23/13 | J | | |
| 84. | | | | | Buy (add'l) | 11/27/13 | J | | |
| 85. | | | | | Buy (add'l) | 12/11/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Latham, Christopher B. | 04/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 12/18/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Latham, Christopher B. | 04/15/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

ADDITIONAL COMMENTS AND INFORMATION RELATING TO PART VII:

"Schwab IRA #1" here includes those positions held in the reporting judge's rollover IRA previously at Fidelity, based on a global transfer to Schwab in July 2013.

"Schwab IRA #2" here includes those entries referred to in the previous report as "Fidelity SEP IRA", based on a global account transfer to Schwab in July 2013.

"Fidelity 401K" here includes those positions held in the reporting [REDACTED] non-IRA retirement account with Fidelity.

Line 27 re ACITX -- Value erroneously stated in previous report as Code K; should have been Code M.

Line 33 re PRRDX -- Inadvertently omitted from previous report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Christopher B. Latham**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544